COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER ON MOTION FOR REHEARING

Cause number and style:        01–11–00683–CV; *In re John Doe a/k/a Trooper*

Date motion filed:        June 4, 2012

Party filing motion:        Relator, John Doe

It is **ordered** that the motion for rehearing is denied.

Judge's signature: /s/ Evelyn V. Keyes
        Acting for the Court

Panel consists of: Justices Keyes, Bland, and Sharp.

Sharp, J., dissents from the denial of rehearing.

Date: September 26, 2012